# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:17-cv-2066 |
| vs. ) | |
| ) | |
| CONVERGENT OUTSOURCING, INC., ) | District Court of Wyandotte County |
| ) | Case No. 2017-LM-000084 |
| Defendant. ) | |

## DEFENDANT CONVERGENT OUTSOURCING, INC.'S
## NOTICE OF REMOVAL

Defendant Convergent Outsourcing, Inc., ("Defendant") hereby removes the action described below from the District Court of Wyandotte County, State of Kansas ("Kansas Court"), to the United States District Court for the District of Kansas, pursuant to Sections 1331 and 1446 of Title 28 of the United States Code ("U.S.C."). As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1446 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant states as follows:

**I.   THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTION 1331**

On or about January 4, 2017, plaintiff Anthony Robinson ("Plaintiff") filed a Complaint in the Kansas Court entitled *Anthony Robinson v. Convergent Outsourcing, Inc.,* Case No. 2017-LM-000084. In the Complaint, Plaintiff alleges, among other things, that Defendant called Plaintiff's cellular telephone using an automatic telephone dialing system and/or an artificial or prerecorded voice without Plaintiff's prior express consent. Complaint, ¶¶ 12-17. Plaintiff also alleges that Defendant called Plaintiff to collect someone else's debt. Complaint, ¶ 29. Based on

these allegations, Plaintiff asserts two causes of action against Defendant: (1) violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*; and (2) violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. The Complaint is attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

Because this action arises under federal law (both the TCPA and the FDCPA), which can be ascertained from the face of Plaintiff's Complaint, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and this action may be removed to this Court.

## II.     THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

On or about January 4, 2017, Plaintiff filed this action in the Kansas Court. Defendant was served with the Complaint on January 9, 2017. This Notice of Removal is timely in that it was filed within 30 days from the time Defendant had notice that the action was removable, and less than a year after the commencement of the action. *See* 28 U.S.C. § 1446(b).

The Kansas Court is located within the United States District Court for the District of Kansas. *See* 28 U.S.C. § 96. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the Kansas Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

No previous application has been made for the relief requested herein.

WHEREFORE, Defendant respectfully removes this action from the Wyandotte County, Kansas District Court to this Court pursuant to 28 U.S.C. §§ 1331 and 1446.

Respectfully submitted,

/s/ *F. Jason Goodnight*
F. Jason Goodnight, KS Bar #25382
FRANDEN | FARRIS | QUILLIN
  GOODNIGHT + ROBERTS
William Center Tower II
Two West 2nd Street, Suite 900
Tulsa, Oklahoma  74103
Tel:     918/583-7129
Fax:    918/584-3814
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017 I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to the following counsel of record:

A.J. Stecklein
Michael Rapp
Brian Johnson
STECKLEIN & RAPP, CHTD.
748 Ann Ave.
Kansas City, KS 66101
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

/s/ *F. Jason Goodnight*