# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Anthony T Robinson,

                          Plaintiff,

vs.

                          Case Number: 17-CV-02066

Convergent Outsourcing, Inc.,

                          Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Anthony D. Robinson; Defendant is Convergent Outsourcing, Inc.

2. On January 16, 2017, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3. On February 2, 2017, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. Defendant filed an Answer on February 10, 2017 (Doc. 5).

5. Plaintiff now moves to dismiss the lawsuit against Defendant.

6. Defendant agrees to the dismissal.

7. This case is not a class action.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal- or state-court suit based

on or including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

>Respectfully submitted,
>
>By: /s/ A.J. Stecklein
>A.J. Stecklein #16330
>Michael H. Rapp #25702
>Stecklein & Rapp Chartered
>748 Ann Avenue
>Kansas City, Kansas 66101
>Telephone: 913-371-0727
>Facsimile: 913-371-0727
>Email: AJ@KCconsumerlawyer.com
>     MR@KCconsumerlawyer.com
>Attorney for Plaintiffs
>
>By: /s/ F. Jason Goodnight
>F. Jason Goodnight #25382
>Franden | Farris | Quillin Goodnight + Roberts
>William Center Tower II
>Two West Second Street, Suite 900
>Tulsa, Oklahoma 74103
>Telephone: 918-583-7129
>Facsimile: 918-584-3814
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on July 6, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

>/s/ A.J. Stecklein
>A.J. Stecklein #16330